**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

ANN MARIE RANDALL,
MARY FRANCIS RANDALL,

       Plaintiffs,

v.

FOOT LONG INC. D/B/A BIG FOOT,
KADRI GURGAN,
ROXANNE GURGAN,

       Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

    Plaintiffs, ANN MARIE RANDALL and MARY FRANCIS RANDALL, bring this action against Defendants, FOOT LONG INC. D/B/A BIG FOOT, KADRI GURGAN, and ROXANNE GURGAN, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. Defendants operate a sandwich restaurant in Fort Lauderdale, Florida.

4. At all times material hereto, Defendant, FOOT LONG INC. D/B/A BIG FOOT, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant operations, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

1

5.     Defendant, KADRI GURGAN, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, FOOT LONG INC. D/B/A BIG FOOT; said Defendant acted and acts directly in the interests of Defendant, FOOT LONG INC. D/B/A BIG FOOT, in relation to said co-Defendant's employees. Defendant effectively dominates FOOT LONG INC. D/B/A BIG FOOT administratively and acts, or has the power to act, on behalf of the corporation relative its employees and had the authority to direct and control the work of others including Plaintiffs. Thus, KADRI GURGAN was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6.     Defendant, ROXANNE GURGAN, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, FOOT LONG INC. D/B/A BIG FOOT; said Defendant acted and acts directly in the interests of Defendant, FOOT LONG INC. D/B/A BIG FOOT, in relation to said co-Defendant's employees. Defendant effectively dominates FOOT LONG INC. D/B/A BIG FOOT administratively and acts, or has the power to act, on behalf of the corporation relative its employees and had the authority to direct and control the work of others including Plaintiffs. Thus, ROXANNE GURGAN was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7.     Defendants employed Plaintiffs as food preparers.

8.     Plaintiff have attached statements of claims as <u>Exhibit A</u> and <u>Exhibit B</u> to provide initial estimates of the damages. These amounts may change as Plaintiffs engage in the discovery process.

9.     Defendants failed to pay Plaintiffs the full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rates for all hours worked over 40 each week

10.    Defendants have knowingly and willfully refused to pay Plaintiffs their legally-entitled wages.

11.     Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12.     Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

13.     Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-12 above as if set forth herein in full.

14.     Plaintiffs alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15.     Plaintiffs seeks recovery of damages as referenced above and further seek interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

>                Respectfully submitted,
>
>                Koz Law, P.A.
>                320 S.E. 9th Street
>                Fort Lauderdale, Florida 33316
>                Phone: (786) 924-9929
>                Fax:    (786) 358-6071
>                Email: ekoz@kozlawfirm.com
>
>                _____
>                Elliot Kozolchyk, Esq.
>                Bar No.: 74791