UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**16-CV-61631-Gayles/Turnoff**

ANN MARIE RANDALL,
MARY FRANCIS RANDALL,

       Plaintiffs,

v.

FOOT LONG INC. D/B/A BIG FOOT,
KADRI GURGAN,
ROXANNE GURGAN,

       Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    Defendant:    Foot Long Inc. d/b/a Big Foot
        Registered Agent:    Martin H. Alman
                                17290 N.E. 19th Avenue
                                North Miami Beach, FL 33162

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **July 11, 2016**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**16-CV-61631-Gayles/Turnoff**

ANN MARIE RANDALL,
MARY FRANCIS RANDALL,

      Plaintiffs,

v.

FOOT LONG INC. D/B/A BIG FOOT,
KADRI GURGAN,
ROXANNE GURGAN,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    Defendant:    Kadri Gurgan
                                 11100 SW 128 Street
                                 Miami, FL 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esquire
    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 11, 2016**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANN MARIE RANDALL,                                                     **16-CV-61631-Gayles/Turnoff**
MARY FRANCIS RANDALL,

        Plaintiffs,

v.

FOOT LONG INC. D/B/A BIG FOOT,
KADRI GURGAN,
ROXANNE GURGAN,

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:        Defendant:        Roxanne Gurgan
                                                               8620 SW 149 Ave #405
                                                               Miami, FL 33193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.                    Phone:  (786) 924-9929
        320 S.E. 9th Street            Fax:    (786) 358-6071
        Fort Lauderdale, Florida 33316  Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **July 11, 2016**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

**SUMMONS**